IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YARITZA M. CLAUDIO-MESTRE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 21-1598 (GLS) |

**ORDER**

Plaintiff Yaritza M. Claudio-Mestre filed a Complaint seeking review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits. Docket No. 3. The Commissioner filed the transcript of proceedings (Docket No. 14) and afterwards moved the Court to enter an order reversing its final decision and remanding Plaintiff's case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Docket No. 15. Pursuant to the Commissioner, remand is warranted to offer the claimant an opportunity for a new hearing and to allow the Administrative Law Judge to issue a new decision, if necessary. Id. Plaintiff consented to the Commissioner's request. Id.

The Commissioner's motion is **GRANTED,** and the case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g). Judgment to be entered accordingly.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September 2022.

s/Giselle López Soler
GISELLE LOPEZ SOLER
United States Magistrate Judge